# Court of Appeals
## Tenth Appellate District of Texas

### 10-26-00258-CR

### In re Kyle M. Dickens

### Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Kyle M. Dickens, proceeding pro se, filed a petition for writ of habeas corpus in this Court. He explains that he is charged with the offense of injury to a child and contends that his $250,000 bail amount is excessive.

Intermediate appellate courts do not have original habeas corpus jurisdiction in criminal law matters. *See* TEX. GOV'T CODE ANN. § 22.221(d). Jurisdiction to grant a writ of habeas corpus in a criminal case vests with the Court of Criminal Appeals, the district courts, the county courts, or any judge in those courts. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05; *Ex parte Braswell*, 630 S.W.3d 600, 601-02 (Tex. App.—Waco 2021, orig. proceeding).

Accordingly, we dismiss Dickens's petition for writ of habeas corpus for want of jurisdiction.

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED: July 9, 2026

Before Chief Justice Johnson,
        Justice Smith, and
        Justice Harris
Petition dismissed
Do not publish
OT06

